IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 14 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| IN RE: | § § § | |
| STEPHEN W. BOYD, TEXAS BAR NO. 02777780 | § § § § | MISC. NO. SA-13-CV-0071-FB |

## ORDER WITHDRAWING LICENSE TO PRACTICE LAW IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

Before the Court is the matter of the authorization of Stephen W. Boyd to practice law in the United States District Court for the Western District of Texas. By Show Cause Order dated January 31, 2013, Mr. Boyd was ordered to appear before the Court on March 8, 2013, to show cause why his authority to practice law in the Western District of Texas should not be revoked because of the fraud judgment entered against him in Probate Court Number 1, Bexar County, Texas. Mr. Boyd failed to appear before this Court.

Accordingly, the Clerk of Court is ORDERED to remove the name of Stephen W. Boyd from the roll of lawyers licensed to practice in the United States District Court for the Western District of Texas. The Clerk of Court is FURTHER ORDERED to send a copy of this order to Mr. Boyd at his last known mailing address, 24165 IH-10 West, Suite 217-444, San Antonio, Texas 78257-1159, by certified mail, return receipt requested.

It is so ORDERED.

SIGNED this 14th day of March, 2013.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE